# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-55209, 22-55247

**Case Name** | Netlist Inc. v. Samsung Electronics Co., Ltd.

Hearing Location (*city*) | Pasadena

Your Name | Rex S. Heinke

List the sitting dates for the three sitting months you were asked to review:

June 5-9, 12-16, 26-30; July 10-14, 17-21; August 14-18, 21-25

Do you have an unresolvable conflict on any of the above dates?  ⦿ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

June 12-16 (family vacation already planned and paid for)
July 10-14 (arbitration hearing scheduled)
August 21-25 (family vacation already planned and paid for)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/ Rex S. Heinke | **Date** | Mar 1, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** | *New 12/01/2018*