UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 22-55209, 22-55247

**Case Name** | Netlist Inc. v. Samsung Electronics Co., Ltd.

**Hearing Location (*city*)** | Pasadena

**Your Name** | Michael G. Yoder

List the sitting dates for the three sitting months you were asked to review:

April 10-14, 17-21, May 8-12, June 5-9, 12-16

Do you have an unresolvable conflict on any of the above dates? ⊙ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

May 12: Trial call in action pending in San Diego Superior Court

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ⊙ No

If yes, list the number, name, and hearing city of each of the other case(s):

N/A

**Signature** | s/Michael G. Yoder    **Date** | 12/13/2022

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** | *New 12/01/2018*