# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 22-55209, 22-55247

**Case Name:** Netlist Inc. v. Samsung Electronics Co., Ltd.

**Hearing Location (*city*):** Pasadena

**Your Name:** Michael G. Yoder

List the sitting dates for the three sitting months you were asked to review:

June 5-9, 12-16, 26-30; July 10-14, 17-21; August 14-18, 21-25

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

June 26-30: Scheduled family vacation with reserved airfare and accommodations
July 10-14, 17-21: Two-week evidentiary hearing scheduled in pending JAMS Arbitration

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

N/A

**Signature:** s/Michael G. Yoder  **Date:** Feb 27, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**  *New 12/01/2018*