# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 22-55209, 22-55247

**Case Name** | Netlist Inc. v. Samsung Electronics Co., Ltd

Hearing Location (*city*) | Pasadena

Your Name | Rex S. Heinke

List the sitting dates for the three sitting months you were asked to review:

April 10-14, 17-21; May 8-12; June 5-9, 12-16

Do you have an unresolvable conflict on any of the above dates?  ◉ Yes   ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

April 10-14: I have a long planned and reserved vacation.
April 17-21: My client is unavailable due to trial preparation for another case.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes   ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/ Rex S. Heinke    **Date** | Dec 14, 2022

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                               *New 12/01/2018*